IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**RAYMOND D. ANDERSON**                                                                 **PLAINTIFF**

V.                             **CASE NO. 4:14-CV-00686 BSM**

**BERLIN JONES, et al.**                                                                 **DEFENDANTS**

## JUDGMENT

Consistent with the order entered on this day, Anderson's claims against Jones and Kennedy are dismissed with prejudice, and his claims against Simear and Cochran are dismissed without prejudice.

IT IS SO ORDERED this 5th day of October 2015.

_____
UNITED STATES DISTRICT JUDGE